**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBOKULOV AKMAL,<br><br>              Petitioner,<br><br>        v.<br><br>WARDEN OF CALIFORNIA CITY<br>DETENTION,<br><br>              Respondent. | No.  1:25-CV-01921-DC-DMC-HC<br><br>ORDER |

Petitioner, an immigration detainee proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. Pending before the Court is Petitioner's motion for appointment of counsel, ECF No. 11.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel for Petitioner and Petitioner's motion for appointment of counsel will be granted.

Respondent filed an answer/response, as ordered by the Court, but Petitioner did not file a reply/traverse within the time allowed. Given Petitioner's appointment of counsel, the Court will allow Petitioner's counsel to file an amended petition, or a reply to Respondent's answer within fourteen days of this order. If Petitioner files an amended petition, Respondent shall have fourteen days from the filing of the amended petition to file a response or inform the

1

Court of their decision to stand on their original answer, and Petitioner shall have seven days from the filing of Respondent's answer to file a reply.

In accordance with the above, IT IS HEREBY ORDERED that:

1.    Petitioner's motion to appoint counsel, ECF No. 11, is GRANTED and The Federal Defender is appointed to represent Petitioner.

2.    The Clerk of the Court shall serve a copy of this order, along with a copy of the § 2241 petition, on the Federal Defender, Attention: Habeas Appointment (zzCAE_Appointments_Habeas@fd.org).

3.    Within seven (7) days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the undersigned's courtroom deputy Jodi Palmer at jpalmer@caed.uscourts.gov, and counsel will be added as counsel for Petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

4.    Within fourteen (14) days of this order, Petitioner's new counsel shall file an amended petition or, in the alternative, a reply to Respondent's answer, ECF No. 5.

5.    If Petitioner's counsel files an amended petition, Respondent shall have fourteen days from the filing of the amended petition to file a response or inform the Court of their decision to stand on their original answer, and Petitioner shall have seven days from the filing of Respondent's answer to file a reply.

Dated:  January 29, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2