IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBOKULOV AKMAL, | No.  1:25-cv-01921-DC-DMC (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| WARDEN OF CALIFORNIA CITY DETENTION, | (ECF Nos. 1, 14) |
| Respondent. | |

Petitioner, an immigration detainee proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 9, 2026, the assigned magistrate judge filed findings and recommendations which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  ECF No. 14.  No objection to the findings and recommendations has been filed.  Petitioner filed a response in support of the findings and recommendations. ECF No. 15.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    The findings and recommendations issued on March 9, 2026 (ECF No. 14) are ADOPTED;

2.    Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED IN PART and DENIED IN PART, as follows:

    a.    Respondents are ordered to provide Petitioner with a bond hearing within fourteen (14) days of the date of entry of this order, at which Respondents bear the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight to justify his continued detention; and

    b.    Petitioner's request for immediate release is DENIED;

3.    The Clerk of the Court is directed to enter judgment in favor of Petitioner

IT IS SO ORDERED.

Dated:    **March 24, 2026**    _____

Dena Coggins
United States District Judge

2